Dennis Chavez Federal Building and United States Courthouse
500 Gold Avenue SW, 10th Floor
PO Box 546
Albuquerque, NM 87103−0546
505−348−2500/866−291−6805
www.nmcourt.fed.us/usbc

Case No.:   10−12529−j7
Chapter:  7
Judge:  Robert H. Jacobvitz
Judge/341 Location:

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NEW MEXICO

**In re Debtor(s):**

Patricia J. Lanzo
9B Jerome RD
Los Lunas, NM 87031
SSN/ITIN(if any):  xxx−xx−3429

## FINAL DECREE

The estate of the debtor(s) having been fully administered,

IT IS ORDERED that Michael J. Caplan is discharged as trustee of the estate, the bond is cancelled, and this chapter 7 case is closed.

Robert H. Jacobvitz
United States Bankruptcy Judge

On the date shown on the associated Notice of Electronic Filing, a copy of this document was (1) electronically mailed to the persons so identified on this document's notice of electronic filing, (2) electronically transmitted to the Bankruptcy Noticing Center (BNC) for service on filers associated with this case who are not registered for electronic filing as will be reflected on the BNC's certificate of mailing and (3) sent via first class mail, postage prepaid, to any person indicated here, at the address shown.

nm_finaldecree.jsp